UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RUBEN J. RUIZ,

        Plaintiff,

  v.

MATTHEW KATE et al,

        Defendant.

Case Number: CV09-02968 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 10, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ruben J. Ruiz H-67621
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532

Dated: February 10, 2010

                          Richard W. Wieking, Clerk
                          By: Anthony Bowser, Deputy Clerk